**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Edward BROWN, a/k/a**
**JB, Defendant–Appellant.**

**No. 08–8156.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 25, 2009.

James Edward Brown, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Brown appeals the district court order denying his motion to reconsider the order denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and Brown's contentions on appeal and find the district court did not abuse its discretion denying the motion. *See United States v. Goines*, 357 F.3d 469, 478 (4th Cir.2004). Accordingly, we affirm for the reasons stated by the district court. *See*

*United States v. Brown,* No. 8:97–cr00170–GRA–4 (D.S.C. Sept. 19, 2008). We grant Brown's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*